UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF RAYMOND NEUBERGER | Case No. 3:25mj412 RMS<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Loucks, a Special Agent of the Federal Bureau of Investigation ("FBI"), New Haven Division, having been duly sworn, state as follows:

### I. INTRODUCTION

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18 of the United Sates Code. I have been employed as a Special Agent with the FBI since March 2020. I am a graduate of the FBI Training Academy in Quantico, Virginia, where I received training in diverse criminal matters, interviewing, interrogation, evidence collection, intelligence analysis, and legal matters, among other topics. Prior to my employment as a Special Agent for the FBI, I spent five years employed as an Intelligence Analyst for the FBI, and four years employed as a Contractor Analyst for the Department of Treasury, Financial Crimes Enforcement Network ("FinCEN").

2. I am currently assigned to the FBI New Haven Violent Crimes Squad, which is comprised of special agents from the FBI, with troopers from the Connecticut State Police, and with detectives and officers of various area police departments. In my current role, my particular emphasis is the investigation of matters including, but not limited to, robberies (including bank robberies and Hobbs Act robberies), carjackings, firearm violations, mass killings, fugitives,

1

kidnappings, assaults on federal officers, and murders-for-hire. Prior to my current role on the Violent Crimes Squad, I was assigned to the FBI Bridgeport Safe Streets Task Force ("BSSTF"). The BSSTF is comprised of special agents from the FBI and the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), with troopers from the Connecticut State Police, and with detectives and officers of various area police departments, including the Bridgeport Police Department, Norwalk Police Department, and Trumbull Police Department. The focus of the investigative efforts of the BSSTF is crime related to violence, guns, and drugs, often perpetrated by organized groups or gangs.

3. During the course of my career as a FBI Special Agent, FBI Intelligence Analyst, and FinCEN Intelligence Analyst, I have participated in investigations of diverse crimes, including investigations into suspected homicides, kidnappings, narcotics trafficking, violent criminal activity, racketeering, and money laundering. My participation in these investigations has included assisting in the controlled purchase of narcotics utilizing confidential sources; writing and executing search and arrest warrants; providing testimony in federal grand jury and state court proceedings; analyzing records related to narcotics trafficking, violent criminal activity, and money laundering or other violations of the Bank Secrecy Act; reviewing and analyzing cellular records and cell site location information; and reviewing and analyzing social media records and information. I have participated in investigations into national and transnational organized criminal enterprises, including violent street gangs and large-scale narcotics trafficking organizations. I have attended gang and narcotics trainings sponsored by federal law enforcement. Finally, I have participated in investigations involving the use of court-authorized interception of wire and electronic communications.

4. I am the case agent that has participated in the investigation that is the subject of this Affidavit, in conjunction with members of the Fairfield Police Department. As a result of my participation in this investigation and information received from other law enforcement officers, I am familiar with the circumstances of the investigation and the information set forth in this affidavit. This affidavit is intended to show that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all my knowledge about or investigation into this matter. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.

## II. PURPOSE OF AFFIDAVIT AND BACKGROUND

5. I make this affidavit in support of a criminal complaint and the issuance of an arrest warrant, pursuant to Federal Rules of Criminal Procedure 3, 4 and 4.1, for charging **RAYMOND NEUBERGER** with violations of Title 18, United States Code, Section 875(c) (the "Subject Offense").

6. **NEUBERGER**, date of birth XX/XX/1984, resides at 61 Wintergreen Drive, Easton, Connecticut. **NEUBERGER** is a convicted felon with a criminal history that includes the following:

7. On March 6, 2023, the Fairfield Police Department arrested **NEUBERGER** and charged him with one count of Threatening 2 and one count of Harassment 2, after an investigation revealed **NEUBERGER** allegedly sent threatening text messages to a Fairfield Police Detective. This case is pending as of April 25, 2025.

8. On February 6, 2023, the Fairfield Police Department arrested **NEUBERGER** and charged him with malicious wounding/killing of an animal for which he was found guilty on

December 7, 2023. **NEUBERGER** was sentenced to three years imprisonment with three years suspended, and four years of probation.

9. On October 4, 2024, the Fairfield Police Department arrested **NEUBERGER** and charged him with malicious wounding/killing of an animal in the first degree for which he was found guilty on December 7, 2023. **NEUBERGER** was sentenced to three years imprisonment with 17 months suspended, and four years of probation.

10. On October 28, 2022, **NEUBERGER** was arrested by the Pocono Township Police Department, located in Tannersville, Pennsylvania, and charged with one count of Driving Under the Influence of Alcohol or Controlled Substances, and an unspecified violation of the Pennsylvania Vehicle Code Title 75. No disposition for the matter was provided.

11. As a result of my personal participation in this investigation, including my review of reports, records, and evidence provided to me by other law enforcement officers, I am familiar with the facts and circumstances of the Subject Offense.

### III. STATEMENT OF PROBABLE CAUSE

12. At approximately 8:00 PM on April 24, 2025, a Fairfield Police Department Officer (K.W.) was operating their marked patrol vehicle at the intersection of Reef Road and Post Road (Fairfield, Connecticut) when K.W. observed who they recognized to be **NEUBERGER** operating a white Jeep Grand Cherokee, bearing Connecticut registration BK07766). **NEUBERGER** stopped his vehicle in the middle of Post Road and began screaming, "fuck you, fuck you," repeatedly at K.W. while giving K.W. the middle finger. **NEUBERGER** then departed the area at which time K.W. decided not to follow **NEUBERGER**. Shortly thereafter, K.W. observed **NEUBERGER**'s vehicle again pulling out of a sideroad directly

across the street from the Fairfield Police Headquarters. At this time, **NEUBERGER** continued to yell profanities at K.W. while gesturing his middle finger toward the Officer.

13. Thereafter, K.W. spoke with another Fairfield Police Officer (A.K.) who advised K.W. that while A.K. was in the rear police/fire department parking lot, he (A.K.) observed **NEUBERGER** on Nichols Street. A.W. stated he observed **NEUBERGER** in his vehicle, stopped at the rear entrance to the police parking lot, staring at A.W. for a period before **NEUBERGER** drove off.

14. After these incidents, **NEUBERGER** proceeded to call the Fairfield County Regional Dispatch Center. During the calls, **NEUBERGER** displayed aggressive and paranoid behavior and made allegations that the Fairfield Police and federal law enforcement officers were following and watching him. **NEUBERGER** alleged that his perceived harassment by law enforcement resulted in the hospitalization of his mother. **NEUBERGER** stated to the dispatcher, in substance, "If they don't stop, there's going to be a big fucking problem here in Fairfield." **NEUBERGER** later stated, in substance, "if God forbid something happens to her (referring to **NEUBERGER**'s mother) or my father… I don't care who did it … Fairfield Police did it, and I'm coming."

15. During the call with the dispatcher, **NEUBERGER** also stated that the Fairfield Police had his cellphones in evidence, and stated he could not retrieve them from the Fairfield Police Headquarters because someone at the Fairfield PD had a protective order against him. When asked by the dispatcher which Fairfield Police Officer had the protective order, **NEUBERGER** stated, "douchebag… Mike… Zerella" and "the asshole McKeon."

16. The dispatcher subsequently transferred **NEUBERGER** to speak with the Patrol Shift Commander, Lieutenant E.K. During the call, **NEUBERGER** continued to claim he was

5

being followed by the Fairfield Police, Bridgeport Police, and federal law enforcement and demanded the perceived surveillance stop. **NEUBERGER** stated he had an ALCU attorney. **NEUBERGER** stated, if the "ACLU doesn't do it, I'm going to do it." **NEUBERGER** continued to reiterate that his mother had a heart attack and attempted to commit suicide twice due to the alleged police harassment. **NEUBERGER** warned E.K., "if something happens to her or my father… I don't care who did it… Fairfield Police did it and I'm coming for ya. You better fuckin' stop this shit now." **NEUBERGER** then advised E.K., "You better tell that cocksucker [Detective] McKeon, and you better tell that cocksucker [Detective] Zerella, if anything happens to me, my folks, anything, I'm coming for them. Now you stop this shit right the fuck now. I don't give a fuck about probation. I've been to high bond. I've been to prison. I don't care about this shit. Anything happens, it's Fairfield PD. I don't care who did it. Fairfield PD did it. And I'm coming." **NEUBERGER** went on to say, "You want me to level that police station? If something happens to her (**NEUBERGER**'s mother), I'm coming. When asked if **NEUBERGER** needed help, **NEUBERGER** stated he did not need help, but advised E.K., "You're the one that needs the help. You might need National Guard."

17.     According to the Fairfield Police, around the same time **NEUBERGER** spoke with the dispatcher and Lieutenant E.K. on April 24, 2025, **NEUBERGER** began to send text messages to a member of the Fairfield Police Commission where **NEUBERGER** made additional threats toward the Fairfield Police. The pertinent messages are as follows:

**Pertinent Message 1:**

Today 7:57 PM

> Confirmed my mother had a heart attack
>
> I'm going to kill all the Fairfield cops
>
> Brutally

> You need to calm down what you are saying will get you arrested again
>
> Tell me you are just vetting
>
> I am going to have to report this unless you tell me your just venting your frustrations to me
>
> And are not going to harm anyone

**Pertinent Message 2:**

> Tell Fairfield PD I'm close to snapping
>
> Keep following me

7

**Pertinent Message 3:**

> You know what these cocksyckers are doing
>
> They think I threatened the shield
>
> On duty, off duty... there's gonna be multiple 21 gun salutes if they don't knock it off
>
> I'm not fucking around
>
> Tell them to leave me the fuck alone
>
> I'm armed
>
> All they have to do is leave me alone
>
> That's it
>
> I'm not fucking with them
>
> But I will if they keep it up

     18.    Based on my training and my personal and professional experience, I recognized the above text messages were exchanged via iMessage, Apple's instant messaging service for Apple devices such as iPhones, iPads, and MacBook laptops. Based on my training and my personal and professional experience, and a review of materials including the Apple support website, I understand that iMessages travel over the internet between users of Apple devices. Furthermore, I understand iMessages go through and are supported directly by Apple's servers.

## CONCLUSION

19. Based on the foregoing, I respectfully submit that there is probable cause to believe, and I do believe, that **RAYMOND NEUBERGER** has committed the Subject Offense, and I ask the Court to issue the accompanying criminal complaint and arrest warrant.

Respectfully submitted,

_____
MATTHEW DAVID LOUCKS
Special Agent
FBI

Attested to by the affiant in my presence on May 2, 2025.

_____
HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE