DEC 18 2025 PM 2:22
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

RAYMOND JAMES NEUBERGER

CRIMINAL NO. 3:25CR226 (OAW)

VIOLATION:

18 U.S.C. § 875(c)
(Threatening Communication)

## INFORMATION

The United States Attorney charges:

## COUNT ONE
(Threatening Communication)

On or about April 24, 2025, in the District of Connecticut and elsewhere, the defendant RAYMOND JAMES NEUBERGER did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communications would be viewed as a true threat and with conscious disregard of a substantial risk that his communication would be viewed as a true threat, that is, he transmitted text messages over Apple's iMessage messaging service threatening the lives of Fairfield Police Department Officers, including Victim-1, and Victim-2, whose identities are known to the United States Attorney.

In violation of Title 18, United States Code, Section 875(c).

UNITED STATES OF AMERICA

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

KONSTANTIN LANTSMAN
ASSISTANT UNITED STATES ATTORNEY